UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Carlotta J. Williams,

    Plaintiff,

v.

Commissioner of Social Security,

    Defendant.

Case No. 2:20-cv-3933

Judge Michael H. Watson

Magistrate Judge Deavers

## ORDER

On October 12, 2021, Magistrate Judge Deavers, to whom this case was referred, issued a Report and Recommendation ("R&R") recommending the Court overrule Plaintiff's Statement of Specific Errors in this social security case and affirm the Commissioner's denial of benefits. R&R, ECF No. 18.

The R&R notified the parties of their right to object to the recommendations contained in the same and specifically advised the parties that a failure to timely object would amount to a waiver of the right to *de novo* review by the Undersigned as well as a waiver of the right to appeal a decision by the Undersigned adopting the R&R. *Id.* at 16.

The deadline for objecting has passed, and none were filed. Accordingly, the Court **ADOPTS** the R&R, **OVERRULES** Plaintiff's Statement of Specific

Errors, and **AFFIRMS** the Commissioner's decision. The Clerk shall enter judgment for Defendant and terminate this case.

IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT